In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00064-CR
_____

ADENIKKE LAKENYA CANTY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 252nd District Court
Jefferson County, Texas
Trial Cause No. 09-07072

MEMORANDUM OPINION

Adenikke Lakenya Canty pleaded guilty, under a plea agreement, to arson. The trial court placed her on deferred adjudication community supervision. She violated the terms and conditions of community supervision set by the court. The State filed a motion to revoke. The trial court revoked the community supervision, found her guilty of arson, and sentenced her to six years in prison. Canty argues the trial court abused its discretion by also assessing a $1,000 fine against her in the written judgment adjudicating guilt when there was no pronouncement of the fine

1

in the oral rendition of judgment at the revocation and adjudication hearing. *See Taylor v. State,* 131 S.W.3d 497, 502 (Tex. Crim. App. 2004). The State concedes error, and "recommends modification of the second page of the Judgment Adjudicating Guilt deleting the One Thousand ($1,000.00) fine notation found on the second page of the Judgment."

The trial court sentenced Canty to six years in prison and did not assess a fine. The first page of the written judgment reflects the defendant's punishment as six years in prison with no amount indicated in the fine column. The second page of the judgment notes a fine of $1,000. To the extent there is a variance between the trial court's oral pronouncement of judgment and the written judgment, the oral pronouncement controls. *Id.* at 500-02 (affirming court of appeal's modification of judgment to remove fine assessed in the written judgment, but not orally pronounced); *Ex parte Madding*, 70 S.W.3d 131, 135 (Tex. Crim. App. 2002). As requested by appellant and recommended by the State, we modify the written judgment to delete the reference to the $1,000 fine on the second page. The judgment is affirmed as modified.

AFFIRMED AS MODIFIED.

_____
DAVID GAULTNEY
Justice

2

Submitted on May 20, 2013
Opinion Delivered May 29, 2013
Do Not Publish

Before Gaultney, Kreger, and Horton, JJ.